Theron N. LYNCH, Plaintiff–Appellant,

v.

NAPA STATE HOSPITAL; et al., Defendants–Appellees.

No. 10–15463.

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2011.*

Filed May 3, 2011.

Theron N. Lynch, Avenal, CA, pro se.

George Prince, Esquire, Deputy Attorney General, Attorney General Office, San Francisco, CA, for Defendants–Appellees.

Before: B. FLETCHER, CLIFTON, and BEA, Circuit Judges.

MEMORANDUM **

Theron N. Lynch, a former detainee at Napa State Hospital, appeals pro se from the district court's judgment dismissing

without prejudice for failure to serve the summonses and complaint properly under Fed.R.Civ.P. 4 his 42 U.S.C. § 1983 action alleging constitutional violations. We consider sua sponte whether we have jurisdiction over this appeal, *Hostler v. Groves*, 912 F.2d 1158, 1160 (9th Cir.1990), and we dismiss.

Lynch's notice of appeal was untimely because it was filed more than thirty days after the district court entered judgment. *See* Fed. R.App. 4(a)(1)(A). Accordingly, we lack jurisdiction over this appeal. *See Stephanie–Cardona LLC v. Smith's Food & Drug Ctrs., Inc.*, 476 F.3d 701, 703 (9th Cir.2007) ("A timely notice of appeal is a non-waivable jurisdictional requirement.").

**DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.